United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3533

_____

Sandra J. Malloy,                              *
                                               *
                Appellant,                     *
                                               *   Appeal from the United States
        v.                                     *   District Court for the Southern
                                               *   District of Iowa.
Kenneth S. Apfel,[1] Commissioner             *
of Social Security Administration,             *          [UNPUBLISHED]
                                               *
                Appellee.                      *

_____

Submitted: March 11, 1998

Filed: March 26, 1998

_____

Before MORRIS SHEPPARD ARNOLD and FLOYD R. GIBSON, Circuit Judges,
    and NANGLE,[2] District Judge.

_____

---

[1]Kenneth S. Apfel was sworn in as Commissioner of the Social Security
Administration on September 29, 1997.

[2]The Honorable John F. Nangle, United States District Judge for the Eastern
District of Missouri, sitting by designation.

PER CURIAM.

Sandra Malloy applied for federal disability benefits in 1994, citing muscular pain. An administrative law judge denied her application, and the district court[3] affirmed that decision in 1997.

We have examined the administrative record and have considered the arguments of the parties. We hold that the decision of the administrative law judge is supported by substantial evidence on the record as a whole, see, e.g., Novotny v. Chater, 72 F.3d 669, 671 (8th Cir. 1995) (per curiam), see also 42 U.S.C. § 405(g), and we therefore affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[3]The Honorable Charles R. Wolle, Chief Judge, United States District Court for the Southern District of Iowa.